

FILED
APR 13 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER M. WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   NO. cr. 10cr 0143 GEB
                                  )
           Plaintiff,             )   VIOLATIONS: 18 U.S.C.
                                  )   § 2342(a) - Trafficking
     v.                           )   in Contraband Tobacco
                                  )
KULTAR SINGH,                     )
                                  )
           Defendant.             )
_____)

I N F O R M A T I O N

The United States Attorney charges:

KULTAR SINGH

defendant herein, as follows:

1.  From in or about October, 2007 through in or about June, 2009, in the State and Eastern District of California, and elsewhere, defendant SINGH did knowingly receive, possess, sell and distribute contraband smokeless tobacco.

2.  From in or about October, 2007 through in or about February, 2008, defendant SINGH did not have a California tobacco distributor's license, and was not otherwise authorized by the State of California to engage in the business of selling and distributing tobacco products.

1

3. From in or about March, 2008, though in or about June, 2009, defendant SINGH did have a California tobacco distributor's license but was not in compliance with the accounting, tax and payment requirements relating to such license with respect to such smokeless tobacco.

All in violation of Title 18, United States Code, Section 2342(a).

DATED: 4/13/10

BENJAMIN B. WAGNER
United States Attorney

By: *R Steven Lapham*
R. STEVEN LAPHAM
Assistant U.S. Attorney

## PENALTY SLIP

**Kultar Singh**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 2342 - Trafficking in Contraband Tobacco |
| PENALTY: | Not more than $250,000 Fine; or |
| | Not more than 20 years Imprisonment, or both; |
| | Not less than 3 years of supervised release. |
| ASSESSMENT: | $100 special assessment for each count. |