IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

      v.                             CR. NO. S-09-0392 EJG

ISA WHOLESALE, MUHAMMAD
INAYAT, and MUHAMMED SAEED
MALIK
               Defendants.
_____/

UNITED STATES OF AMERICA,

               Plaintiff,

                             CR. NO. S-10-0143 GEB
        v.

KULTAR SINGH,
                           RELATED CASE ORDER
               Defendant.
_____/

    Examination of the above-entitled actions reveals that they
are related within the meaning of Eastern District Local Rule 83-
123.  The actions arise out of the same law enforcement
investigation and involve overlapping evidence.  Accordingly, the
assignment of the matters to the same judge is likely to effect a

1

1  substantial saving of judicial effort and is also likely to be
2  convenient for the parties.

3      The parties should be aware that relating the cases under
4  Local Rule 83-123 merely has the result that both actions are
5  assigned to the same judge; no consolidation of the actions is
6  effected.  Under the regular practice of this court related cases
7  are generally assigned to the judge to whom the first filed
8  action was assigned.

9      IT IS THEREFORE ORDERED that the action entitled Cr. No. S-
10  10-0143 GEB is hereby reassigned to Judge Edward J. Garcia for
11  all further proceedings.  Henceforth, the caption on documents
12  filed in the reassigned case shall be shown as Cr. No. S-10-0143
13  EJG.

14      IT IS FURTHER ORDERED that a status conference in the
15  reassigned case will be held at 10:00 a.m. Friday, April 30, 2010
16  before Judge Garcia.

17      IT IS FURTHER ORDERED that the Clerk of the Court make
18  appropriate adjustment in the assignment of criminal cases to
19  compensate for this reassignment.

20      IT IS SO ORDERED.

21  April 15, 2010              /s/ Edward J. Garcia
                                EDWARD J. GARCIA, JUDGE
22                              UNITED STATES DISTRICT COURT
23
24
25
26                                      2