UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

        RE: Kultar SINGH
           Docket Number: 2:10CR00143-01
           **CONTINUANCE OF JUDGMENT**
           **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 23, 2010 to September 10, 2010 at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation officer is waiting for requested documentation from defense counsel.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

        Respectfully submitted,

        */s/ Casey Horner, Sr.*

        **CASEY HORNER, SR.**
        **Senior United States Probation Officer**

**REVIEWED BY:** */s/ Linda Alger*
        **LINDA L. ALGER**
        **Supervising United States Probation Officer**

Dated: July 19, 2010
    Sacramento, California
    CKH:mc

Attachment

FILED
JUL 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**RE:   Kultar SINGH**
**Docket Number:   2:10CR00143-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Stephen C. Ruehman, Defense Counsel
Probation Office Calendar clerk

✓ Approved

_____ Disapproved

_____    7/19/10
**EDWARD J. GARCIA**
**Senior United States District Judge**       **Date**

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:10CR00143-01 |
| **Plaintiff,** | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Kultar SINGH** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 09/10/2010 |
| Reply, or Statement of Non-Opposition: | 09/03/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/27/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/20/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 08/13/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/30/2010 |