```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant United States Attorney
 3  PETER M. WILLIAMS
    Special Assistant United States Attorney
 4       505 I Street, Suite 10-100
         Sacramento, CA 95814
 5       Telephone:  (916) 554-2724

 6  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. s-10-143 EJG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |
| v. | ) | |
| KULTAR SINGH, | ) | DATE: September 10, 2010<br>TIME: 10:00 a.m.<br>COURT: Courtroom 8 |
| Defendant. | ) | |

IT IS HEREBY stipulated between the United States of America, by and through its undersigned attorney of record, Special Assistant United States Attorney Peter M. Williams, and defendant Kultar Singh, by and through his counsel of record, Stephen C. Ruehmann, that the sentencing hearing presently set for September 10, 2010, be continued one week until September 17, 2010 at 10:00a.m., thus vacating the presently sent sentencing hearing.

The parties stipulate and agree that the continuance is necessary to permit the government to prepare a letter to the Court under §5k of the sentencing guidelines as set forth in the parties' plea agreement filed with the Court.

1  Further, counsel for the defendant has represented to the
2  plaintiff United States that his client has trepidation with
3  respect to having the sentencing in open court due to his actions
4  that would be set forth in the government's §5k letter to the
5  Court.  Therefore, having a one week continuance may allow the
6  Court to arrange its calendar as needed, and only as it saw fit,
7  to provide the hearing in chambers, or to have the hearing in
8  closed court.

DATE:    September 9, 2010        /s/ Peter M. Williams
                                  PETER M. WILLIAMS
                                  Special AUSA


DATE:    September 9, 2010        /s/ Stephen C. Ruehmann
                                  STEPHEN C. RUEHMANN
                                  Attorney for Defendant


**ORDER**

IT IS SO ORDERED.

Dated: September 9, 2010

                                  /s/ Edward J. Garcia
                                  HON. EDWARD J. GARCIA
                                  United States District Judge