1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  PETER M. WILLIAMS
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  Cr.No. S-10-143 EJG |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND |
|  | ) | ORDER CONTINUING JUDGMENT |
| v. | ) | AND SENTENCING |
|  | ) |  |
| KULTAR SINGH, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant Kultar Singh, through his undersigned counsel, Stephen C. Ruehmann, Esq., that the judgment and sentencing
////
////
////
////
////

presently set for September 17, 2010 at 10:00 a.m. may be continued to **October 1, 2010** at 10:00 a.m.

Dated: September 13, 2010

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                    By: /s/ R. Steven Lapham
                                        R. STEVEN LAPHAM
                                         Assistant U.S. Attorney

                                    By: /s/ Stephen C. Ruehmann
                                         STEPHEN C. RUEHMANN
                                         Ruehmann Law Firm, P.C.
                                         Counsel for Kultar Singh

                                  O R D E R

IT IS SO ORDERED this 14th day of September, 2010.

                                      /s/ Edward J. Garcia
                                      HON. EDWARD J. GARCIA
                                      Senior U.S. District Judge